# CRIMINAL CALENDAR

**The following CRIMINAL CASE will be presented by the United States of America, in the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, before the Honorable S. Dave Vatti, United States Magistrate Judge, on Monday, April 25, 2022, at 2:30 p.m.**

**AUSA Margaret M. Donovan**
**Waiver of Indictment/Plea Hearing**

| | |
|---|---|
| UNITED STATES | **Docket No.** 3:22cr77 SALM/SDV |
| v. | COUNT ONE:<br>18 U.S.C. § 1343 (Wire Fraud) |
| JOHN DOE | |
| Ashely Meskill, Esq. | PENALTIES:<br>Imprisonment: Max: 20 Years<br>Fine: $250,000<br>Supervised Release: Max: 3 Years<br>Special Assessment: $100.00<br>Restitution: $433,548.27 |
| | COUNT TWO:<br>26 U.S.C. § 7201 (Tax Evasion) |
| | PENALTIES:<br>Imprisonment: Max: 5 Years<br>Fine: $100,000<br>Supervised Release: Max: 3 Years<br>Special Assessment: $100.00<br>Restitution: $104,094 |

TO:   Honorable S. Dave Vatti, United States Magistrate Judge

cc:   U.S. Attorney's Office
      Clerk's Office – Bridgeport
      U.S. Marshals Service – Bridgeport
      U.S. Probation Office – Bridgeport
      SA Jeff Searles – *via email*
      TFO Jaeger Thomas – *via email*
      Ashely Meskill, Esq. – *via email*