UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:22CR **77** |
| v. | : | |
| | : | VIOLATIONS: |
| DAVID MCMANUS | : | 18 U.S.C. § 1343 (Wire Fraud) |
| | : | 26 U.S.C. § 7201 (Tax Evasion) |

<u>INFORMATION</u>

The United States Attorney charges:

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
_____May 12_____20__22
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

<u>General Allegations</u>

At various times relevant to this Information:

1.      The defendant DAVID MCMANUS ("MCMANUS"), a resident of Granby, Connecticut, was employed by a Hartford, Connecticut based company specializing in providing and installing garage doors, garage door openers, and commercial door systems (the "Company").

2.      MCMANUS began working at the Company in 2004 and served as the Company's Chief Financial Officer ("CFO").   MCMANUS, on behalf of the Company, was primarily responsible for the Company's general accounting, maintaining its books and records, making purchases on its behalf, confirming certain information used for its payroll, and providing books, records, and financial information to its tax return preparer for the preparation and filing of its corporate tax returns.

3.      The Company utilized a Connecticut bank and maintained a checking account ending in -4365 for its business expenses (the "Company Bank Account").   MCMANUS had unrestricted access to and control over the Company Bank Account.   With this access, MCMANUS initiated wire transfers of money.

4.      MCMANUS maintained a personal Citibank credit card account ending in 5730 that he used to incur personal expenses (the "Citibank Credit Card Account").

## COUNT ONE
(Wire Fraud)

5.      Paragraphs 1 through 4 are incorporated by reference.

### Scheme to Defraud

6.      From in or about August 2012 until in or about December 2018, in the District of Connecticut, MCMANUS devised and intended to devise and participated in a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

### Purpose of the Scheme to Defraud

7.      The purpose of the scheme and artifice to defraud was for MCMANUS to enrich himself and to pay his personal bills by defrauding the Company by means of materially false and fraudulent pretenses, representations, and promises.

### The Manner and Means of the Scheme

8.      The manner and means by which MCMANUS sought to and did execute the scheme to defraud included, among other things, the following:

9.      It was a part of the scheme to defraud that MCMANUS embezzled money from the Company by using company funds to pay off his personal credit card expenses, by issuing duplicate paychecks to himself from the Company's payroll, and by issuing reimbursements to himself for personal expenses unrelated to the Company.

### Execution of the Scheme

10.      For the purpose of executing and attempting to execute the scheme and artifice to defraud described above, on or about August 14, 2017, in the District of Connecticut, the defendant MCMANUS, knowingly caused to be transmitted by means of a wire communication in interstate

2

commerce an electronic transfer of $6,653.27 from the Company Bank Account in Connecticut to Citibank's server in Texas as a payment of his personal Citibank Credit Card Account.

In violation of Title 18, United States Code, Section 1343.

### COUNT TWO
(Tax Evasion)

11.    Paragraphs 1 through 4 are incorporated by reference.

12.    From on or about January 1, 2016 though on or about April 15, 2017, in the District of Connecticut, MCMANUS willfully attempted to evade federal income taxes he owed the United States for calendar year 2016 by: (1) initiating wire transfers of money from the Company Bank Account to his personal Citibank Credit Card Account in the amount of $120,410 so as to pay personal expenses he had incurred; (2) causing the Company to issue him duplicate payroll checks totaling $3,681; and (3) on or about February 9, 2017 signing and filing with the Internal Revenue Service a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for himself for calendar year 2016 in which he stated his taxable income for 2016 was $55,697 and the tax due of $8,216.    In fact, as the defendant knew, in 2016 his total taxable income was $196,758 (an additional $141,061 of money he had embezzled from the Company) and he owed the United States approximately $49,370 (an additional $41,154) in federal income tax.

All in violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

MARGARET M. DONOVAN
ASSISTANT UNITED STATES ATTORNEY

3